IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN DARNELL JONES**                                                                **PLAINTIFF**
**ADC #112114**

v.                                    Case No. 4:23-cv-00694-KGB

**ROMONA HUFF, HSA,**
**Pine Bluff Unit, ADC;** *et al.*                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). Plaintiff Kevin Darnell Jones has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Jones's complaint for failure to state a claim upon which relief may be granted (Dkt. No. 2). The Court recommends that, in the future, this dismissal count as a "strike" within the meaning of the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this the 26th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge