## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KEVIN DARNELL JONES**                                                            **PLAINTIFF**
**ADC #112114**

**v.**                                    **Case No. 4:23-cv-00694-KGB**

**ROMONA HUFF, HSA,**
**Pine Bluff Unit, ADC;** *et al.*                                            **DEFENDANTS**

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Kevin Darnell Jones's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken in this action is considered frivolous and not in good faith.

So adjudged this the 26th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge